PAGE 14 10

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## COMPLAINT FORM

JUL 1 2026 PM4:00
FILED-USDC-CT-HARTFORD

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

MS BLUE GOD Kassim    VS
MS. Hamida Kassim

Case No. _____
(To be supplied by the Court)

Spirit Airlines //(ECB) European Union Central
Board 7 Directors    Bank
Management //John D. Rockefeller & Bill Clinton
Glubal Partners    ESTATES    ESTATES
US Customs & Enforcement Agency    USA
US Treasury    or
International Bankers Association (11B)    PAGE
International Civil Aviation (ICAO)    2 4 10

Full names of Defendant(s)
(Do not use *et al.*)

[ MS. Blue God    Kassim
1. MS. Hamida    **A. PARTIES**    USA    is a citizen of _____ who
(Plaintiff)    (State)
presently resides at _c/o MS. Blue God OFFICE OF THE SECRETARY
OF THE STATE 165 CAPITAL AVENUE, Hartford, CT 06106
(mailing address)

$all above 2. Defendant SPIRIT AIRLINES is a citizen of USA Company
(name of first defendant)    (State)
whose address is c/o EMBASSY OF REPUBLIC OF UGANDA
H.E ROBIE KAKONGE -5911 16th STREET - NW WASHINGTON
DC 20011 -(Phone) 202-726-7100

TURN PAGE 2 4 10 for LIST 4-11 defendants
TURN to PAGE 2/10 for LIST 4 all Defendants.

I) Defendants
A) – Spirit Airlines Board of Directors
B) – Spirit Airlines – Management
C) – Ms. Christine Lagarde – Chairperson of ECB = European Central Bank – Frankfurt Germany
D) – Mr. John D. Rockefeller ESTATE – New York
E) – Mr. Alexander de Rothschild – London – UK
F) – Former US President Bill Clinton & Hillary Clinton ESTATE
G) – Former US President George Bush ESTATE –
H) – Mr. JEB Bush – Brother to George Bush
I) – Ms. Sheila Johnson ESTATE – Framingham Massachusetts
J) – International Bankers Association (IIB)
K) – CHASE BANK (USA) (L) HSBC Bank (U.K)
M) – International Civil Aviation (ICAO)
N) – Airports Council International (ACI-NA)
O) – U.S Treasury (P) US Government Agencies
Q) – U.S. Customs & Enforcement Agency
R) – U.S. Homeland Security Agency –
S) – American Association of Airport Executives (AAAE)
T) – International Air Transport Association (IATA)
U) – President Yoweri Museveni – of Uganda
V) – Mr. Muhoozi Kainerugaba – Kainerugaba Chief of Defense Forces of Uganda son to President Yoweri Museveni
W) – Mrs. Janet Kataha Museveni – Wife to President Yoweri Museveni of Uganda
X) – Mr. & Mrs. Salim Saleh & Jovia Rukundo Saleh Brother to President Yoweri Museveni of Uganda.

3. Defendant President Yoweri Museveni is a citizen of UGANDA
(name of second defendant)                                    (State)

whose address is Embassy of Republic of UGANDA -
H.E. Robie Kakonge Ambassador of UGANDA-5911
16th STREET N.W WASHINGTON DC 20011

(If more space is needed to furnish the above information for additional defendants,
continue on a blank sheet which you should label "A. PARTIES."  Be sure to include
each defendant's identity and complete address.)

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE
BRIEFLY state the background of your case. = President Yoweri
Museveni & family received about $950 Billion
Brother to Museveni - Mr & Mrs. Salim Saleh
& Mrs. Jovia Rukondo Saleh - $950 Billion
Mrs. Sheila Johnson of family Massachusetts
who transferred these funds on behalf of
Former US President Bill Clinton & John D.
Rockefeller & Mr. Alexander de Rothschild of
London (U.K) - Mr. John D. Rockeller stole
Spirit Airlines funds about $900 Billion
Mr. Alexander de Rothschild stole Spirit
Airlines funds of about $900 Trillion &
stoused it with His Majesty King Charles
England. This was money meant to turn
Spirit Airlines into a Global Airline.
Funds stolen from its accounts with knowledge
of International Bankers Association (IIB).

Individuals who received   PAGE 4 of 10
and shared all of my stolen spirit ferror
Oleen are as follows:-

1. President Yoweri Museveni of Uganda
1st Tranche received   $ 950 Billion
2nd Tranche received   $ 888 Trillion
3rd Tranche received   $ 998 Trillion
4th Tranche received   $ 998 Trillion

II. Mrs. Janet Kataha Museveni - Wife to the President of Uganda Yoweri Museveni
1st Tranche received   =   $ 950 Billion
2nd Tranche received   =   $ 888 Trillion
3rd Tranche received   =   $ 998 Trillion
4th Tranche received   =   $ 998 Trillion

III. Mr. Muhoozi Kainerugaba - chief of Defense Forces of Uganda. (Son to President Yoweri Museveni of Uganda)
1st Tranche received   =   $ 950 Billion
2nd Tranche received   =   $ 888 Trillion
3rd Tranche received   =   $ 998 Trillion
4th Tranche received   =   $ 998 Trillion

IV. Attorney Sam Kutesa (Kahamba)
Born - February 1 / 1949 = 77 years
Politician, businessman, lawyer. Former President of the U.N General Assembly (2014-2015)

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I**: Ms. Sheila Johnson Wire transferred funds from Spirit Airlines on behalf of Mr. John Rockefeller of New York-Chase Bank & Mr. Alexand de Rothschild of London UK.

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

These funds were savings of Mr. Kassim Ramotha intended to grow Spirit Airlines into a global Airline with various subsidiary businesses as well. However, by Ms. Christine Lagarde illegally selling off Spirit Airlines to Mr. John Rockefeller by August 2008. I totally lost ownership of Spirit Airlines on August 2008. The goal was to illegally sell off my inheritance with all global assets purposely to withdraw all cash savings from each asset & steal the funds directly by both estates. They destroyed Spirit Airlines up to now because the liquidation process is illegal. It was Managed illegally without my consent as owner.

**Claim II**:

Supporting Facts: Attorney Sam Kahamba Kutessa 1st Tranche received from the King of Saudi Arabia from USA sources. This will be confirmed after criminal and financial investigations of all defendants. Made to global public to be given a chance to participate for clarification A all transactions.

CAUSE C) ATTORNEY SAM KAHAMBA KUTEESA

He used to illegally receive additional funds stolen from my Inheritance of US Assets — the United Nations building & Other U.S and global properties. He travels to the US yet he is a persons non grata Status. It prohibits him from ever entering the U.S yet it seems the U.S. government offers him visas to enter and collect all my stolen funds @ the United Nations. I Inherited the United Nations Buildings and Other global properties. All rental income earned would be collected by Att. Sam Kahamba Kuteesa against my wishes. I have never met him nor have I ever authorized him to collect or administer my global Estate. My Rental Income has never been given to me by anybody since 2005 June. No global asset income has ever been given to me by anybody.

D) CAUSES OF ACTION- Mr. & Mrs. Yoweri Museveni,

These were amounts of money they both received @ the same time from Sprint Airlines

1st Tranche received = € 998 Quadrillion
2nd Tranche received = € 998 Quadrillion
3rd Tranche received = € 998 Quadrillion

x 9,990 Times all from Mr. John D Rockefeller

1) " CAUSES OF ACTION                    PAGE 7 of 10

Mr. and MRS. Yoweri Museveni of UGANDA

These were amounts of stolen funds that both received over the years from Mr. John D. Rockefeller & Mr. Alexander de Rothschild as part of my Inheritance that were stolen.

4th Tranche received = €998 Quadrillion X 998 Quadrillion Times

5th Tranche received = €998 Quadrillion X 998 Quadrillion Times. They used spint Airlines to launder my funds. & place it in various banks with interest to the US Government with national security status - & subordinate signatory of the Pentagon Agreement of 1978 - all defendants must be investigated to clarify all allegations of theft with criminal & financial etc. Other public investigators are welcome as well. I hereby file a lawsuit against all defendants from 1749/1787 of €9999999990 Quadrillion per second from now

06/30/2026

Time: 2:41PM [US EASTERN Standard Time)

**E. REQUEST FOR RELIEF**

WHEREFORE, plaintiff demands: (state the relief you seek)

I hereby request as a Special person

**F. JURY DEMAND**

Do you wish to have a jury trial?  (Yes)    No

"D" CAUSES OF ACTION PAGE 8 of 24

Mr and Mrs Yoweri Museveni Y UGANDA

6th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times

7th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times.

8th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times

9th Tranche received = €999 Quadrillion Euros X 999,999 Quadrillion Times

10th Tranche received = €999 Quadrillion Euros X 999,999 Quadrillion Times

11th Tranche received = €999 Quadrillion Euros X 999,999 Quadrillion Times

12th Tranche received = €999 Quadrillion Euros X 999,999 Quadrillion Times

13th Tranche received = €999 Quadrillion Euros X 999,999 Quadrillion Times

14th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times

15th Tranche received = €999 Quadrillion Euros X 999,998 Quadrillion Times

N/A
_____
Original signature of attorney (if any)

N/A
_____
Printed Name

( ) N/A
_____
Attorney's full address and telephone

N/A
_____
Email address if available

B---
_____
**Plaintiff's Original Signature**

Printed Name Blue Goel
(Ms. Hamida Kassim)

860 278-9039
_____
Plaintiff's full address and telephone
OFFICE OF THE SECRETARY OF
THE STATE P.O. BOX 150 469
Email address if available 165 Capital Avenue
CERT NO. 1459
Hartford, CT 06106
coconutsblue20@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Hartford, CT on 06 30 2026
(location)               (date)

B--- (Hamida Kassin)
_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

PAGE 1 - CAUSES OF ACTION PAGE 10 of 13

Mr & Mrs Muhoozi Kainerugaba Uganda

These were my Aper fines from Spirit Airlines given to Mr & Mrs Muhoozi Kainerugaba by Mr John D. Rockefeller & Mr. Alexander de Rothschild & over the years.

1st Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

2nd Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

3rd Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

4th Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

5th Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

6th Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

7th Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

8th Tranche received = € 9,999 Quadrillian
Euros X 999,998 Quadrillian Times

"D" CAUSES OF ACTION PAGE 11 / 12

Mr. and Mrs. Muhoozi Kainerugaba / Gan

These were my stolen funds from Gan

Airlines given to Mr. and Mrs. Muhoozi

Kainerugaba of Uganda. It was given

to them by Mr. John D. Rockefeller and

Mr. Alexander de Rothschild over the

years.

1st Tranche received = €9,999 Quadrillion

Euros X 999,998 Quadrillion Times

2nd Tranche received = €9,999 Quadrillion

Euros X 999,998 Quadrillion Times

3rd Tranche received = €9,999 Quadrillion

Euros X 999,998 Quadrillion Times

4th Tranche received = €9,999 Quadrillion

Euros X 999,998 Quadrillion Times

th Tranche received = €9,999 Quadrillion

Euros X 999,998 Quadrillion Times

5th Tranche received = €9,999 Quadrillion

Euros X 999,998 Quadrillion Times

th Tranche received = €9,999 Quadrillion

Euros X 999,998 Quadrillion Times

"D" / CAUSES OF ACTION PAGE 12 of 12

Mr & Mrs. Muhoozi Kainengaba of Uganda

8th Tranche received = €9,999 Quadrilli
Euros X 999,998 Quadrillion Times

9th Tranche received = €9,999 Quadrillia
Euros X 999,998 Quadrillion Times

10th Tranche received = €9,999 Quadrillio
Euros X 999,998 Quadrillia Times

11th Tranche received = €999,999 Quadrillio
Euros X 999,998 Quadrillia Times

12th Tranche received = €999,999 Quadrillio
Euros X 999,998 Quadrillion Times

13th Tranche received = €999,999 Quadrillia
Euros X 999,998 Quadrillion Times

14th Tranche received = €999,999 Quadrillion
Euros X 999,998 Quadrillion Times

15th Tranche received = €999,999 Quadrillio
Euros X 999,998 Quadrillion Times

16th Tranche received = €999,999 Quadrillia
Euros X 999,998 Quadrillion Times

17th Tranche received = €999,999 Quadrilli
Euros X 999,998 Quadrillia Times

# CAUSES OF ACTION

## Mr. & Mrs. SALIM SALEH OF UGANDA

1st Tranche received = € 999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Times

2nd Tranche received = € 999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Times

3rd Tranche received = € 999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

4th Tranche received = € 999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

5th Tranche received = € 999,999 Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

6th Tranche received = € 999,999 Quadrillion Quadrillion Euros X Quadrillion Quadrillion Quadrillion Quadrillion

"D" / CAUSES OF ACTION / Page 7 of 8

Mr. and Mrs. Salim Saleh / Uganda

7th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Times

8th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Euros X 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Times

9th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Euros X Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

10th Tranche received = € 999999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times

11th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Quadrillion Euros X Quadrillion Quadrillion Quadrillion Times

12th Tranche received = € 999,999 Quadrillion Quadrillion Quadrillion Euros

"15" CAUSES OF ACTION PAGE 478

## Mrs. & Mrs. Bell Clinton of New York USA

1st Tranche received = €9999999 Quadrillia Quadrillia Quadrillia Quadrillia Quadrillia Quadrillia Quadrillia Euros x Quadrillia Quadrillia Quadrillia Quadrillia Quadrillia Times

2nd Tranche received = € 99,999,999 Quadrillion Quadrillia Quadrillia Quadrillia Quadrillia Quadrillia Euros x Quadrillia Quadrillion Quadrillion Quadrillia Quadrillia Times

3rd Tranche received = € 999,999,999 Quadrillion Quadrillion Quadrillia Quadrillion Quadrillion Quadrillia Quadrillion Quadrillion Quadrillia Euros x Quadrillion Quadrillia Quadrillion Quadrillion Times.

These funds are given to former US President Bell Clinton & his wife by Mr. John D Rockefeller & Mr. Alexander de Rothschild to share with His Majesty

VI D 4/ CAUSES OF ACTION PAGE 3 / 8

Mr. & Mrs. Bill Clinton of New York USA

King Charles of England & the Royal Family of England over the last few years. He has shared the £ funds with many global leaders is Sultan of Brunei, Sheikh Makhtome in Dubai & others globally.

4th Tranche received = €999, 999, 999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Euros & $999, 999, 999 Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Quadrillion Times - He has share these funds with Mr. Donald Trump former US President Mr. Joseph Biden, Mr. Barack Obama, Mr. George Bush and all of their families, Also shared it President Paul Kagame & other global leaders & countries Germany, Switzerland, Italy, Sweden Japan, U.A.E & Qatar among others.

41) " CAUSES OF ACTION   PAGE 6 of 8

Ms. Barbra Streisand, Ms. Donna Karan
Ms. Sheela Johnson, Mr. John D. Rockefeller
His Majesty King Charles y England
Mr. Alexander de Rothschild)
Attorney William Byanhanga and
Attorney Andrew Kasirye, Attorney Edwn
Karugire, Attorney Sam Kangamba Kutesa
Attorney Onongole, Attorney Allan Mulindwa
Attorney Kinyera Kiwanuka, Shafiq Kasser

1. Cash received = €999999999999

Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Quadrillion  Quadrillion
Quadrillion  Euros

4.D.11 CAUSES OF ACTION PAGES 78

Mr. and Mrs. Bob Kasozi y Uganda

Mr. Sarah Ngutungo Katozi Kabuus
They were receiving total funds from both
Matthay Sam Kahama Nkubeeee
Mr. John D. Rockefeller y New York, USA
Mr. Alexander de Rothschild y U.K
Former US President Bill Clinton & Other
Tenants paying mental income & other
Insurance Dollars as well. Over the year.
1st Tranche received = € 9999999999
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Euros X 999999999 Quadrillion
Quadrillion Quadrillion Quadrillion
Times
2nd Payments received = €999999999
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Euro
Quadrillion Quadrillion Quadrillion
999999 Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion Times

4.D.11 CAUSES OF ACTION - MS CHRISTINE THEGAR

## GERMAN AND SWITZERLAND GOVERNMENTS

Cash received over the years from Mr John D. Rockefeller & Mr Alexander De. Rothschild and Attorney Sam Kahamba Kutesa, Mr. Muhoozy Kainerugaba all made payments to both government and bank officials from various global banks.

1. Cash received = € 999999999999

Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion
Quadrillion Quadrillion Quadrillion

"D" CAUSES OF ACTION   PAGE 8 f 8

MS. CHRISTINE LAGARDE + ECB CHAIRPERSON

the chairperson of European Central Bank in Frankfurt, Germany & her global partners have stolen all my inheritance over the years. They have given away my global estate & sold it off to various global companies & ventures. Among them Spirit Airlines which was well invested by my father - Mr. Lassim Damathan. Now it has been totally stolen & all its savings & mismanaged without my consent as heir & owner of the company. I seek full criminal and financial investigation globally of all defendants & their global partners. This way I can retain Spirit Airline & stop this liquidation process asap. I am asking for my human rights to be fully compensated by all thieves involved.

PAGE 3. A PARTIES ADDITIONAL DEFENDANTS PAGE 4

16. U.S TREASURY AGENCY & MANAGEMENT ESTATE
17. U.S. GOVERNMENT AGENCIES MANAGENT ESTATES
18. Mr. Donald TRUMP & FAMILY ESTATES
19. Mr. Donald TRUMP CABINET ESTATES
20. U.S Customs & Enforcement Agency Management ESTATES
21. U.S. Homeland Security Agency Management ESTATES
22. President Yoweri K. Museveni of Uganda ESTATES & Family members
23. Mr. Muhoozi Kainerugaba - Chief of Defence Forces of Uganda (Son to President Yoweri Museveni of Uganda) & Family ESTATES
24. Mrs. Janet Kataha Museveni = wife President of Uganda - Yoweri Museveni ESTATE
25. General Salim Saleh - Brother to President Yoweri Museveni of Uganda & Family ESTATES
26. Mrs. Jovia Ruicando Saleh - wife to the General Salim Saleh & Family Estates
27. Ms. Barbra Streisand family estates
28. Ms. Doris Kaван family Estates
29. Former U.S President Joseph Biden ESTATE
30. Former US President Barack Obama ''
31. His Majesty King Charles of England ''
32. Royal Family of England family ESTATES
33. British Government Cabinet ESTATES & family
34. City of London Corporation estates

PAGE 1 of 4 A PARTIES - ADDITIONAL DEFENDANTS

All Defendants Shows 1 address because they all belong to One group of individuals @ quotes that stole my Inheritance in Spirit Airlines- the address as below:-

0. EMBASSY OF UGANDA
H. Excellency Ambassador Robie Kaihorge
5911 16th Street N.W Washington D.C
20011
phone (202) 726-7100

1. SPIRIT AIRLINES:- BOARD OF DIRECTORS ESTATE
2. SPIRIT AIRLINES- MANAGEMENT ESTATES
3. European Union Central Bank Chairperson
MS. Christine Lagarde - Frankfurt - GERMANY ESTATES
4. Mr John D. Rockefeller - chase Bank - New York ESTATES
5. Mr. Alexander de Rothschild ESTATES U.K
6. Former US President Bill Clinton $ Hillary Clinton ESTATES - New York
7. former US President George Bush ESTATES Texas
8. Mr. JEB Bush - Florida brother to George Bush ESTATES
9. MS. Sheila Johnson ESTATES - Framingham Marks
10. International Bankers Association (IIB)
11. Chase Bank (USA) 12. HSBC BANK (U.K)
BOARD OF DIRECTORS ESTATES  Board of Directors ESTATES
13. International Civil Aviation (ICAO) ESTATES
BOARD OF DIRECTORY ESTATES
14. Airports Council International (ACI-NA)
BOARD OF DIRECTORS ESTATES
15. American Association of Airport Executives
BOARD OF DIRECTORS - (AAAE) ESTATES

PAGE #3 "A" PARTIES ADDITIONAL DEFENDANTS

35. Mr. BOB KABONERO ESTATES OF KAMPALA, UGANDA

36. Mrs. BARAH NANTONGO KABUGO KABONERO ESTATES OF FRAMINGHAM, MASSACHUSETTS USA

37. Ms. PROSCOVIA KABUGO ESTATES OF Marlborough, Massachusetts USA

38. Ms. JUSTIN KABUGO ESTATE OF Marlborough, Massachusetts USA

39. Ms. Nagawe Kabugo & Mr. MATISLO ESTATES Kabugo of Kampala, Uganda & family "

40. ATTY William Byankonga & family ESTATE Kampala, Uganda Lawyer

41. ATTY ANDREW KASIRYE & family ESTATES OF KAMPALA, UGANDA - Lawyer

42. ATTY KIDIOWA KIWANUKA ESTATES - Lawyers of Kampala, UGANDA - Lawyer

43. Attorney Edwin Karugine & family ESTATES of Kampala, UGANDA

44. Atty. Sam Bitangaro & family ESTATES of Kampala, UGANDA

45. Atty. Allan Mulindwa & family ESTATES of Kampala, UGANDA

46. ATTY. Katende Seempebwa & family ESTATES of Kampala, UGANDA

PAGE #4 A PARTIES DEFENDANTS ADDITIONAL PARTIES

47. Attorney Omongole & Company ADVOCATES of Kampala, Uganda ESTATES

48. Mr. Rashid Kassim of California, USA

49. Mr. Shafiq Kassim " California, USA

50. Mr. Razack Kassim " " , USA

51. Mr. Osman Kassim of Bombo, UGANDA

52. Ms. Sheela Kassim of Nairobi, Kenya

53. Mr. Shafi Muzamil of Bombo, UGANDA

54. Ms. Zam Muzamil of Bombo, UGANDA

55. Mr. Moshin Mustapha of Bombo, UGANDA

56. Mr. Mansur Mustapha of Bombo, UGANDA

57. Ms. Zaetun Mustapha of Bombo, UGANDA

58. Mr. Asmael Mustapha of Bombo, UGANDA

59. Mr. Musa Marjan of Wattausi, UGANDA

60. Mr. Dabule IBRAHIM of Kampala, UGANDA

61. Mr. Mozes Ali of Kampala, UGANDA

62. Mr. John Ofwono Opondo of VIRGINIA
GAFIM, Kara of Framingham, Massachusett

63. Mr. Peter Kusyabwino of Kampala, UGANDA
ESTATES